





**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

To schedule free Package Pickup, scan the QR code.

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

---

**Click-N-Ship®**

US POSTAGE
$9.90
9405 5036 9930 0458 5570 01 0099 0000 0079 4102
usps.com
U.S. POSTAGE PAID
Window FR Env
Click-N-Ship

01/18/2023         Mailed from 72601    9867686838860465

**PRIORITY MAIL®**

Expected Delivery Date: 01/21/23

DAVID A STEBBINS
123 W RIDGE AVE APT D
HARRISON AR 72601-4236

0000

RECEIVED
JAN 23 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

C004

CLERK, U.S. DISTRICT COURT
U.S. DISTRICT COURT, N.D. CALIFORNIA
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-3489

USPS TRACKING #

9405 5036 9930 0458 5570 01

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.