David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS.  Case 3:23-cv-00322-LJC

GOOGLE, LLC  DEFENDANTS

### RE-NOTICE DKT. 11 EX PARTE MOTION FOR PROTECTIVE ORDER

Per this Court's Order (Dkt. 12), the Ex Parte Motion for Protective Order (Dkt. 11) is hereby re-noticed to be heard on March 23, 2023 at 1:30PM.

*/s/ David Stebbins*
David Stebbins (pro se)