1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
3  1900 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067
4  Telephone: (424) 446-6913
   Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice application to be filed*)
7  JEREMY AUSTER (*pro hac vice application to be filed*)
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, New York 10019
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
11 jmollick@wsgr.com
   jauster@wsgr.com

12
   *Counsel for Defendant Google LLC*
13

14                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
15

16 DAVID STEBBINS,                          )    CASE NO.: 3:23-cv-00322-LJC
                                            )
17           Plaintiff,                     )    **NOTICE OF APPEARANCE ON**
                                            )    **BEHALF OF DEFENDANT**
18      v.                                  )    **GOOGLE LLC**
                                            )
19 GOOGLE LLC,                              )    Action Filed:  January 20, 2023
                                            )
20           Defendant.                     )
                                            )
21 _____ )

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that I, Ryan S. Benyamin of Wilson Sonsini Goodrich & Rosati, P.C., hereby appear in the above-captioned action on behalf of Defendant Google LLC.  I certify that I am admitted to practice in the Northern District of California, and that my California Bar number is 322594.

Dated: February 21, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:     *s/ Ryan S. Benyamin*

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

*Counsel for Defendant Google LLC*