RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice application to be filed*)
JEREMY AUSTER (*pro hac vice application to be filed*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | CASE NO.: 3:23-cv-00322-LJC |
| | ) | |
| Plaintiff, | ) | **DEFENDANT GOOGLE LLC'S** |
| | ) | **CORPORATE DISCLOSURE** |
| v. | ) | **STATEMENT** |
| | ) | |
| GOOGLE LLC, | ) | Action Filed:  January 20, 2023 |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Google LLC certifies that Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company.  No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated:  February 21, 2023                              Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    _s/ Ryan S. Benyamin_

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

*Counsel for Defendant Google LLC*