RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice application to be filed*)
JEREMY AUSTER (*pro hac vice application to be filed*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO.: 3:23-cv-00322-LJC<br><br>**DEFENDANT GOOGLE LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed: January 20, 2023 |

Pursuant to Civil L.R. 3-15(b)(1), the undersigned counsel for Defendant Google LLC certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15(b)(2), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1) XXVI Holdings Inc., holding company of Google LLC;

2) Alphabet Inc., holding company of XXVI Holdings Inc.; and

3) The operator(s) of the YouTube channel entitled "Acerthorn The True Acerthorn," who is alleged to be the direct infringer of Plaintiff's copyright in this action. *See* Compl. (Dkt. 5) ¶¶ 11-14.

Dated: February 21, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:    *s/ Ryan S. Benyamin*

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

*Counsel for Defendant Google LLC*