1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
3  1900 Avenue of the Stars, 28th Floor
   Los Angeles, California 90067
4  Telephone: (424) 446-6913
   Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice application to be filed*)
7  JEREMY AUSTER (*pro hac vice application to be filed*)
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, New York 10019
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
11 jmollick@wsgr.com
   jauster@wsgr.com
12
   *Counsel for Defendant Google LLC*
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DAVID STEBBINS, | ) | CASE NO.: 3:23-cv-00322-LJC |
|---|---|---|
| Plaintiff, | ) ) ) | **DEFENDANT GOOGLE LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | ) ) ) | |
| GOOGLE LLC, | ) ) | Action Filed: January 20, 2023 |
| Defendant. | ) ) | |

Pursuant to Civil L.R. 3-15(b)(1), the undersigned counsel for Defendant Google LLC certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15(b)(2), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1) XXVI Holdings Inc., holding company of Google LLC;

2) Alphabet Inc., holding company of XXVI Holdings Inc.; and

3) The operator(s) of the YouTube channel entitled "Acerthorn The True Acerthorn," who is alleged to be the direct infringer of Plaintiff's copyright in this action. *See* Compl. (Dkt. 5) ¶¶ 11-14.

Dated: February 21, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   s/ Ryan S. Benyamin

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

*Counsel for Defendant Google LLC*