David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                 PLAINTIFF

VS.                                    Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                                   DEFENDANTS

### RE-NOTICE [011] MOTION FOR PROTECTIVE ORDER

The Motion for Protective Order (Dkt. 11) is hereby re-scheduled to be heard by Judge Thompson on **Tuesday, March 21, 2023** at **2:00PM PST**, via zoom video conference.

So re-noticed on this, the 22nd day of February, 2023.

                                                                                    */s/ David Stebbins*
                                                                                    David Stebbins (pro se)