**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

*FILED FEB 24 2023 CLERK, U.S. DISTRICT COURT NORTH DISTRICT OF CALIFORNIA*

| PLAINTIFF David A. Stebbins | CASE NUMBER: 3:23-cv-00322-LJC |
|---|---|
| DEFENDANT Google LLC | TYPE OF PROCESS ***See below*** |

SERVE AT {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Google LLC- For the Care of:  Corporation Service Company

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

2710 Gateway Oaks Dr, Suite 150N, Sacramento, CA 95833

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| David A. Stebbins 123 W. Ridge Ave., APT D Harrison, AR 72601 | Number of process to be served with this Form 28 | 3 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                            Fold

***Summons, Complaint and Docket No. 6  ***

| Signature of Attorney other Originator requesting service on behalf of: *Mark B.Busby* | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 510-637-3535 | DATE 1/25/2023 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3 | District of Origin No. 11 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk | Date 1/30/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 2/14/23   Time 5 0 0  ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $8 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges $8 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

MAILED (CERTIFIED) - 2/11/23  (TRACKING # 7002 2030 0001 5458 0375)
RECIEVED - 2/14/23

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00