RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice*)
JEREMY P. AUSTER (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID STEBBINS, | ) | CASE NO.: 3:23-cv-00322-TLT |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF JASON** |
| | ) | **MOLLICK, ESQ. IN SUPPORT OF** |
| v. | ) | **DEFENDANT GOOGLE LLC'S** |
| | ) | **MOTION TO DISMISS AND TO** |
| GOOGLE LLC, | ) | **DECLARE PLAINTIFF A** |
| | ) | **VEXATIOUS LITIGANT** |
| Defendant. | ) | |
| | ) | Judge:  Hon. Trina L. Thompson |
| | ) | |
| | ) | Action Filed:  January 20, 2023 |
| | ) | |

1    I, Jason Mollick, Esq., declare as follows:

2        1)    I am Senior Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, P.C.,

3    counsel for Defendant Google LLC ("Google") in this action.  I submit this Declaration in support

4    of Google's accompanying Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant.  I

5    have personal knowledge of the facts and circumstances described below, and would testify to

6    them if called upon as a witness.

7        2)    In his Complaint (Dkt. 5) Plaintiff alleges that a YouTube channel operated by a

8    third-party user, called "Acerthorn The True Acerthorn," directly infringed his copyright in a

9    livestream video by taking a screenshot of Plaintiff's face from that video and using it for the

10   channel's icon.  Compl. ¶¶ 5-10.  Google contends in its Motion to Dismiss that the channel's use

11   of the screenshot was "fair use" under Section 107 of the Copyright Act, 17 U.S.C. § 107.

12       3)    Although the "Acerthorn The True Acerthorn" channel and icon were formerly

13   available on YouTube at https://www.youtube.com/@acerthornthetrueacerthorn4532 (*see* Compl.

14   ¶ 11), I understand that the channel was taken down by the channel operator shortly after Plaintiff

15   filed his Complaint.

16       4)    Upon learning that the "Acerthorn The True Acerthorn" channel had been taken

17   down, on January 26, 2023, I utilized an online tool called the WayBack Machine (available at

18   https://archive.org/web/) which captures still-images of websites as they appeared at certain points

19   in the past.  Attached as Exhibit A is a WayBack image of the relevant channel taken on July 9,

20   2022—the most recent image available on the WayBack site.  The image shows the textual and

21   certain visual contents of the channel as it existed on that date, but it does not capture the channel

22   icon.  I was unable to locate a WayBack image that includes the icon at issue.  A copy of that icon

23   is attached separately to the Declaration of Neha Reddy.

24       5)    As described in the accompanying Motion, below is a list of Plaintiff's prior cases,

25   along with citations to certain relevant docket entries, which the Court should consider in

26   determining whether to declare Plaintiff a vexatious litigant:

27

28

- *Stebbins v. Google, Inc.*, Case No. 5:11-cv-03876-LHK (N.D. Cal. filed Aug. 8, 2011) – Dkts. 1 (Motion to Confirm Arbitration Award), 14 (Dismissal Order), and 15 (Denying Mandamus Petition).

- *Stebbins v. Microsoft, Inc.*, Case No. 2:11-cv-01362-JCC (W.D. Wash. filed Aug. 15, 2011) – Dkts. 2 (Complaint) and 38 (Dismissal Order).

- *Stebbins v. Texas*, Case No. 3:11-cv-02227-N (N.D. Tex. filed Aug. 29, 2011) – Dkts. 2 (Motion to Confirm Arbitration Award), 7 (Amended Complaint), and 19 (Dismissal Order).

- *David Stebbins v. USDC-CASJ*, No. 11-72595 (9th Cir. docketed Sept. 2, 2011) – Petition for Writ of Mandamus (re: *Stebbins v. Google*).

- *Stebbins v. Microsoft, Inc.*, No. 12-35082 (9th Cir. docketed Jan. 27, 2012).

- *Stebbins v. Bradford*, Case No. 3:12-cv-03131-PKH (W.D. Ark. filed Oct. 4, 2012) – Dkts. 1 (Complaint) and 9 (Dismissal Order).

- *Stebbins v. Stebbins*, Case No. 3:12-cv-3130-PKH (W.D. Ark. filed Oct. 4, 2012) – Dkts. 1 (Complaint), 10 (Dismissal and Sanctions Order), 35 (Denying Mandamus Petition), and 38 (Denial of Petition for Writ of Certiorari).

- *Stebbins v. Steen*, Case No. 4:12-cv-00704-KGB (E.D. Ark. filed Nov. 8, 2012) – Dkts. 2 (Complaint) and 4 (Dismissal Order).

- *Stebbins v. Bradford*, No. 13-2689 (8th Cir. docketed Aug. 1, 2013).

- *Stebbins v. Stebbins*, No. 14-1845 (8th Cir. docketed Apr. 10, 2014).

- *Stebbins v. Hixson*, Case No. 3:18-cv-3040-TLB (W.D. Ark. filed Apr. 2, 2018) – Dkts. 2 (Complaint), 6 (Amended Complaint), 32 (Dismissal Order), 41 (Denial of Motion for Relief from Judgement), and 45 (Dismissal of Notice of Appeal).

- *Stebbins v. Polano*, Case No. 21-cv-04184-JSW (N.D. Cal. filed June 2, 2021) – 2022 U.S. Dist. LEXIS 121919 (N.D. Cal. July 11, 2022); *see also* Dkts. 56,

57, 81, 88, 128, 129, 130, 134, 135, 139, 141, 142, 143, 145, 147, 148, 150, 152, 153, 157-1, 158, 161, 176.

- *Stebbins v. Emily Rebolo*, Case No. 22-cv-00546-JSW (N.D. Cal. filed Jan. 27, 2022) – 2022 U.S. Dist. LEXIS 121844 (N.D. Cal. July 11, 2022); *see also* Dkts. 16-19.

- *David Stebbins v. USDC-CAOAK*, No. 22-70132 (9th Cir. docketed June 28, 2022) – Petition for Writ of Mandamus (re: *Stebbins v. Polano*).

- *David Stebbins v. USDC-CAOAK*, No. 22-70269 (9th Cir. docketed Dec. 13, 2022) – Petition for Writ of Mandamus (re: *Stebbins v. Polano* and *Stebbins v. Rebolo*).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on March 6, 2023 in Eastchester, New York.

By:   *s/ Jason Mollick*
Jason Mollick