RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice*)
JEREMY P. AUSTER (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO.: 3:23-cv-00322-TLT<br><br>**DECLARATION OF NEHA REDDY IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO DISMISS AND TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT**<br><br>Judge: Hon. Trina L. Thompson<br><br>Action Filed: January 20, 2023 |

I, Neha Reddy, declare as follows:

1) I am a Policy Specialist for Legal Investigations Support at Defendant Google LLC ("Google"). I submit this Declaration in support of Google's accompanying Motion to Dismiss and to Declare Plaintiff a Vexatious Litigant. I have personal knowledge of the facts and circumstances described below, and would testify to them if called upon as a witness.

2) I understand that Plaintiff's Complaint concerns a certain channel icon that was displayed on a YouTube channel called "Acerthorn The True Acerthorn," which was formerly available on YouTube at https://www.youtube.com/@acerthornthetrueacerthorn4532. The channel was taken down by the channel operator shortly after Plaintiff filed his Complaint.

3) Attached as Exhibit A is a copy of the image that the channel operator used for the Acerthorn The True Acerthorn icon, as preserved by Google's systems. The icon as it appeared on the channel was circular and thus cropped out the squared edges of the image.

4) Attached as Exhibit B is a copy of the channel background image (also known as a banner image) that was displayed behind the icon at issue.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on March  6 , 2023 in   Seattle, Washington   .

By: *Neha Reddy*
Neha Reddy