UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS, | CASE NO.: 3:23-cv-00322-TLT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS AND DECLARING PLAINTIFF A VEXATIOUS LITIGANT** |
| v. | |
| GOOGLE LLC, | Judge: Hon. Trina L. Thompson |
| Defendant. | Action Filed: January 20, 2023 |

Upon consideration of Defendant Google LLC's Motion to Dismiss, the pleadings on file in this action, all matters upon which this Court may take judicial notice, and such other argument as has been heard by the Court, and upon good cause showing, it is hereby ORDERED as follows:

(1)   The Court hereby GRANTS Google's Motion to Dismiss and DISMISSES this case WITH PREJUDICE;

(2)   Plaintiff David Stebbins is hereby deemed a vexatious litigant in the Northern District of California. As a result:

    a.   Mr. Stebbins is prohibited from filing, without prior screening and court approval, any further actions in this District asserting (a) any claims against Google LLC, YouTube, LLC, Alphabet Inc., or any of their respective affiliates, or (b) any copyright infringement or other copyright-related claims against any defendant; and

    b.   Mr. Stebbins is prohibited from proceeding *in forma pauperis* in any future actions in this District except upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: _____

                                                                HON. TRINA L. THOMPSON
                                                                 United States District Judge