David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                              PLAINTIFF

VS.                               Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                  DEFENDANTS

### MOTION FOR EXTENSION OF TIME TO RESPOND TO [031] MOTION TO DISMISS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to Reply to the Defendant's Motion to Dismiss.

1. I have filed a motion to strike certain parts of the Defendant's Motion to Dismiss. See Dkt. 32.

2. If that motion is granted, even partially, then the portions of the Motion to Dismiss that were struck will not require a response from me.

3. In the motion to strike, I stated that the motion must be ruled on by the Court before the time comes for me to respond to the motion to dismiss. However, defense counsel Jason Mollick has insisted over email that this is not the case. See Exhibit A.

4. In any event, the Court has rescheduled the motion to strike for July 11, while still keeping the briefing schedule intact. See Dkt. 33.

5. Because of the possibility that I may not have to respond to some portions of the motion to dismiss, I request that my duty to respond to it be stayed until seven (7) days after this Court issues its ruling on the motion to strike.

6. This motion for extension of time is not being filed for any undue purpose, such as to delay or increase the costs of the litigation.

So requested on this, the 7th day of March, 2023.

*/s/ David Stebbins*
David Stebbins (pro se)