UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                     PLAINTIFF

VS.                                              Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                                         DEFENDANTS

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The Plaintiff's Motion for Extension of Time (Dkt. 34) is hereby granted. The Plaintiff shall not be required to submit this Opposition to the Defendant's Motion to Dismiss until seven (7) days after this Court issues its ruling on the Plaintiff's Motion to Strike.

_____
Signature of Judge

_____/_____/_____
Date