UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>          Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>          Defendant. | Case No. 23-cv-00322-TLT<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>Re: ECF No. 34 |

Pending before the Court is Plaintiff's motion for extension of time to respond to Defendant's motion to dismiss. ECF No. 34. The Court will consider this a motion to change time under Civil Local Rule 6-1.

The Court may extend the time for briefing given good cause. Fed. R. Civ. P. 6(b)(1). Here, the reason provided by Plaintiff is that if Plaintiff's motion to strike is granted, then Plaintiff will not need to respond to the portions of Defendant's motion that are stricken. Mot. ¶ 2, ECF No. 34. The Court does not find this to be good cause. Plaintiff must diligently prosecute this case that he commenced, including responding to Defendant's motion to dismiss.

Under the Court's Standing Orders and the Court's inherent authority, the Court finds that Defendant's motion to dismiss and Plaintiff's motion to strike can be heard at the same in-person hearing, scheduled for July 11, 2023, at 2:00 PM. ECF No. 33.

For the reasons above, the Court **DENIES** Plaintiff's motion. *See* Civil L.R. 6-3(d).

**IT IS SO ORDERED.**

Dated: March 7, 2023

TRINA L. THOMPSON
United States District Judge