### Re: Hi i read your claim against google i think you made a mistake

From:   Roy Miller (roy@millernt.com)

To:     acerthorn@yahoo.com

Date:   Tuesday, January 3, 2023 at 10:39 AM CST

You have to go to the source and they are from YouTube

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 11:23:45 AM
**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

Tell me, sir: Do you have any actual *proof* that it is in fact Youtube, and not Google, who actually hosts the images, in spite of what Youtube themselves directly told me?

On Tuesday, January 3, 2023 at 10:10:15 AM CST, Roy Miller <roy@millernt.com> wrote:


You tube told you, not Google

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 10:56:36 AM
**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

Can you please respond substantively to this question?

> **Subject:** Re: Hi i read your claim against google i think you made a mistake
>
> I haven't heard back from you in a while. Does this mean that you concede that my latest correspondence proves that Google was indeed the correct entity?
>
> On Tuesday, January 3, 2023 at 08:45:45 AM CST, Acerthorn <acerthorn@yahoo.com> wrote:
>
> Then how do you explain the fact that Youtube outright told me to go to Google for the DMCA?
>
> On Tuesday, January 3, 2023 at 08:43:43 AM CST, Roy Miller <roy@millernt.com> wrote:

On Tuesday, January 3, 2023 at 09:53:07 AM CST, Roy Miller <roy@millernt.com> wrote:


YouTube llc
Google llc
Two separate different entities

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 10:34:38 AM

**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

I haven't heard back from you in a while. Does this mean that you concede that my latest correspondence proves that Google was indeed the correct entity?

On Tuesday, January 3, 2023 at 08:45:45 AM CST, Acerthorn <acerthorn@yahoo.com> wrote:

Then how do you explain the fact that Youtube outright told me to go to Google for the DMCA?

On Tuesday, January 3, 2023 at 08:43:43 AM CST, Roy Miller <roy@millernt.com> wrote:

You didn't submit it to the correct entity. You can't go to Walmart to return something you bought at target

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 9:01:43 AM
**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

So you're saying my DMCA takedown was statutorily noncompliant? If so, can you please tell me which of the six things required by 17 USC § 512(c)(3)(A)(i)-(vi) that my takedown request doesn't contain?

On Tuesday, January 3, 2023 at 07:57:30 AM CST, Roy Miller <roy@millernt.com> wrote:

Just advice to point out what might be that problem based on previous experiences with Google searches you tube etc.
If filled correctly they usually remove because it's all artificial intelligence that does these task very rarely do humans handle these requests

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 8:53:36 AM
**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

So are you offering me legal advice?

On Tuesday, January 3, 2023 at 07:53:14 AM CST, Roy Miller <roy@millernt.com> wrote:

==I'm an attorney just dealing with similar issues== and looked up cases against Google and saw yours

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 8:49:41 AM
**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

Are you an attorney? I checked your email's domain name - millernt.com/ - and it didn't load any webpage.

On Tuesday, January 3, 2023 at 07:44:16 AM CST, Roy Miller <roy@millernt.com> wrote:

Yes.

Get Outlook for iOS

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 3, 2023 8:41:06 AM
**To:** Roy Miller <Roy@millernt.com>
**Subject:** Re: Hi i read your claim against google i think you made a mistake

Who are you? And what claim are you referring to? My CCB claim?

On Monday, January 2, 2023 at 11:25:06 PM CST, Roy Miller <roy@millernt.com> wrote:

1. Since your you tube is posting the video you have to file a dmca with you tube

These are two separate entities (companies)

2. If you are claiming the google is giving this video in the search result then that is a different issue.
3. I saw you have to serve them, you have to contact a process served that served in the zip code you provided.

Good luck

Roy miller