### RE: Can we book a consultation, please?

From: fedpro (fedpro@sfbar.org)

To: acerthorn@yahoo.com

Date: Wednesday, March 1, 2023 at 02:14 PM CST

Hello Mr. Stebbins,

We are offering a phone appointment with Deborah on 3/15 at 12pm. Does that work for you?

Thank you,

**Federal Pro Bono Project**
**Justice & Diversity Center, Bar Association of San Francisco**
**Appointment Line: 415-782-8982**
**Email: fedpro@sfbar.org**
**S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796**
**Oakland Office - 1301 Clay St., 4th Fl., Room 470 S**

Thank you for contacting the Federal Pro Bono Project.  This email address is used *only* for scheduling appointments.  We do not offer any legal advice over email.  Communicating with us through email does not create an attorney-client relationship. The Legal Help Centers in San Francisco and Oakland do not represent you.  You are responsible for all parts of your case including any deadlines.

**From:** Acerthorn [acerthorn@yahoo.com]
**Sent:** Tuesday, February 28, 2023 1:25 PM
**To:** fedpro
**Subject:** Can we book a consultation, please?

Dear Fedpro,

I am David Stebbins, and I typically use Deborah too advise me.

I have received back the US Marshal's service of process in Case 3:23-cv-00322-TLT (Stebbins v. Google LLC). As you can see, it says that service was conducted on Feb. 14, 2023, which means that the defendant's response is due by March 7, 2023.

The Defendant has announced that it intends to file a motion to dismiss in this case.

So can we book a consultation for around a week after that date to discuss my opposition to that motion? Ideally, somewhere in the ballpark of March 14-18, which would give me some time to create my own draft of the opposition, but would also give me enough time after our appointment to make the revisions you recommend.

Thank you, and please respond promptly.

Sincerely,
David Stebbins

----- Forwarded Message -----
**From:** "ecf-cand@cand.uscourts.gov" <ecf-cand@cand.uscourts.gov>
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Sent:** Monday, February 27, 2023 at 04:11:15 PM CST
**Subject:** Activity in Case 3:23-cv-00322-TLT Stebbins v. Google LLC Summons Returned Executed

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 2/27/2023 at 2:10 PM PST and filed on 2/24/2023
**Case Name:**      Stebbins v. Google LLC
**Case Number:**    3:23-cv-00322-TLT
**Filer:**
**Document Number:** 30

**Docket Text:**
**SUMMONS Returned Executed by US Marshall's as to Google LLC served on 2/14/2023, answer due 3/7/2023. (anj, COURT STAFF) (Filed on 2/24/2023)**

**3:23-cv-00322-TLT Notice has been electronically mailed to:**

Jason B Mollick     jmollick@wsgr.com, ageritano@wsgr.com

Ryan S. Benyamin     rbenyamin@wsgr.com, ageritano@wsgr.com

Jeremy Paul Auster     jauster@wsgr.com

David A. Stebbins     acerthorn@yahoo.com

**3:23-cv-00322-TLT Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\23-cv-00322 LJC USM Acknowledgement of Summons.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/27/2023] [FileNumber=20000384-0]
[54b6dee8ac601025036c9a3eb2b8b5af4f315703444c84551448946e0fd2bcfdc782
d3ac0c591dabd7510dcddc14df1655c51ee37d4ae181090aec329972aa01]]

**Confidentiality Notice:**

Case 3:23-cv-00322-TLT    Document 36-4    Filed 03/16/23    Page 3 of 3

The information in this e-mail (including attachments, if any) is considered privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.