1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   1900 Avenue of the Stars, 28th Floor
3  Los Angeles, California 90067
   Telephone: (424) 446-6913
4  Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice*)
7  JEREMY P. AUSTER (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, New York 10019
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
11 jmollick@wsgr.com
   jauster@wsgr.com
12
   *Counsel for Defendant Google LLC*
13

14                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
15

16 DAVID STEBBINS,                    )  CASE NO.: 3:23-cv-00322-TLT
                                      )
17         Plaintiff,                 )  **DECLARATION OF JASON**
                                      )  **MOLLICK, ESQ. IN SUPPORT OF**
18     v.                             )  **ADMINISTRATIVE MOTION TO**
                                      )  **STAY DISCOVERY AND INITIAL**
19 GOOGLE LLC,                        )  **CASE MANAGEMENT**
                                      )  **CONFERENCE PENDING**
20         Defendant.                 )  **RESOLUTION OF GOOGLE'S**
                                      )  **MOTION TO DISMISS**
21                                    )
                                      )  Judge:  Hon. Trina L. Thompson
22                                    )
                                      )  Action Filed: January 20, 2023
23                                    )
                                      )
24

25

26

27

28

Declaration of Jason Mollick, Esq. iso                                    Case No.: 3:23-cv-00322-TLT
Motion to Stay Discovery and Initial CMC

I, Jason Mollick, Esq., declare as follows:

1) I am Senior Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Google LLC ("Google") in this action. I submit this Declaration in support of Google's Administrative Motion to stay discovery and the Initial Case Management Conference. I have personal knowledge of the facts and circumstances described below, and would testify to them if called upon as a witness.

2) On March 16, 2023, I emailed Plaintiff David Stebbins to ask whether he would stipulate to a stay of discovery and the April 20, 2023 Initial Case Management Conference, including all attendant deadlines, until the Court rules upon Google's pending Motion to Dismiss.

3) Plaintiff responded that he does not consent.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on March 16, 2023 in Eastchester, New York.

By: *s/ Jason Mollick*
Jason Mollick