David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                           PLAINTIFF

VS.                                    Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                              DEFENDANTS

### CERTIFICATE OF SERVICE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Certificate of Service in the above-styled action.

On March 31, 2023, I served defense counsel with three discovery requests via email[1]. They are …

1. Plaintiff's First Request for Admissions
2. Plaintiff's First Interrogatories
3. Plaintiff's First Request for Production of Documents

The Defendant's responses are due by April 30, 2023.

So certified on this, the 31st day of March, 2023.

*/s/ David Stebbins*
David Stebbins (pro se)

---

1  The parties agreed to exchange discovery requests and responses via email on March 30, 2023.