UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | CASE NO.: 3:23-cv-00322-TLT<br><br>[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO STAY DISCOVERY AND INITIAL CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF GOOGLE'S MOTION TO DISMISS<br>AS MODIFIED<br>Judge:  Hon. Trina L. Thompson<br><br>Action Filed:  January 20, 2023 |

Upon consideration of Defendant Google LLC's Administrative Motion to stay discovery and the Initial Case Management Conference, including all attendant deadlines, pending resolution of Google's Motion to Dismiss (ECF No. 31), and upon good cause showing, it is hereby ORDERED as follows:

   (1)   All discovery in this matter is hereby STAYED; and

   (2)   The Initial Case Management Conference currently scheduled for April 20, 2023 at 2 p.m. PT, including all attendant deadlines, is hereby ADJOURNED.  ~~The Court will reschedule the Initial CMC, if necessary, after ruling on Google's Motion to Dismiss.~~
The initial Case Management Conference is rescheduled for July 27, 2023.  Separate case management statements due July 20, 2023.

**IT IS SO ORDERED.**  AS MODIFIED

Dated: April 3, 2023

HON. TRINA L. THOMPSON
United States District Judge