David Stebbins (pro se Plaintiff)      123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947       acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                             PLAINTIFF

VS.                                 Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                          DEFENDANTS

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion
for Partial Summary Judgment in the above-styled action.

### I: RELIEF REQUESTED

For this motion, I ask the Court to declare the following true as a matter of law:

1. First, that the ATTA YouTube channel, as a whole, was not a "fair use channel," by reason
   if its video library having precisely zero claim to fair use.

2. Because of this, the icon which is the subject of this lawsuit cannot be considered "part of
   an otherwise fair use whole," as I alluded to in ¶¶ 43-51 of the Complaint (Dkt. 5), and
   therefore must stand as fair use on its own merit in order to be considered fair use. The
   Defendant cannot rely on the "broader context of the YouTube channel," like they
   attempt.

### II: TABLE OF CONTENTS

| Section | Page |
| --- | --- |
| I.   RELIEF REQUESTED | i |
| II.  TABLE OF CONTENTS | i |
| III. TABLE OF AUTHORITIES | ii |
| IV. UNDISPUTED FACTS | 1 |
| V.  SUMMARY OF ARGUMENT | x1 |
| VI. ARGUMENT | x2 |
|      1.  My previous concessions | x3 |

2.   The "Heart" of a "Whole Channel"                                         x4

3.   "Book" Example                                                           x5

4.   A Reverse YouTube Channel Example                                        x6

5.   The Defense can still argue fair use                                     x7

VII.      CONCLUSION                                                          x8

## III: TABLE OF AUTHORITIES

**Rules & Statutes**                                                          **Page(s)**

- 

**Case Law**                                                                  **Page(s)**

-