1  RYAN S. BENYAMIN, State Bar No. 322594
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   1900 Avenue of the Stars, 28th Floor
3  Los Angeles, California 90067
   Telephone: (424) 446-6913
4  Facsimile: (866) 974-7329
5  rbenyamin@wsgr.com

6  JASON MOLLICK (*pro hac vice*)
   JEREMY P. AUSTER (*pro hac vice*)
7  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
8  1301 Avenue of the Americas, 40th Floor
9  New York, New York 10019
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
11 jmollick@wsgr.com
   jauster@wsgr.com
12
   *Counsel for Defendant Google LLC*
13

14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA

16 DAVID STEBBINS,                 )   CASE NO.: 3:23-cv-00322-TLT
17                                 )
                                   )
18         Plaintiff,               )   **DECLARATION OF JEREMY P.
                                   )   AUSTER IN SUPPORT OF
19     v.                          )   DEFENDANT GOOGLE LLC'S
                                   )   MOTION TO EXTEND TIME
20 GOOGLE LLC,                     )   PURSUANT TO L.R. 6-3**
                                   )
21         Defendant.               )   Judge: Hon. Trina L. Thompson
                                   )
22                                 )   Action Filed: January 20, 2023
                                   )
23

I, Jeremy P. Auster, declare as follows:

1. I am an attorney at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendant Google LLC ("Google") in this action. I submit this Declaration pursuant to Civil Local Rule 6-3 and in support of Google's Motion to Extend Time Pursuant to L.R. 6-3. I have personal knowledge of the facts and circumstances described below, and would testify to them if called upon as a witness.

2. On April 3, 2023, I emailed Plaintiff to ask if he would stipulate to an adjournment of Google's deadline to oppose Plaintiff's Motion for Partial Summary Judgment (Dkt. 49, the "Motion") until after Google's pending Motion to Dismiss is heard. Plaintiff would not state whether or not he would consent to the adjournment. I sent two follow-up emails reiterating the request. Plaintiff did not answer those emails. *See* L.R. 6-3(2).

3. Google's Motion to Dismiss, if granted, will render Plaintiff's Motion completely moot. As such, Google should not be required to expend time and resources responding to Plaintiff's Motion while the Motion to Dismiss is pending. The Motion to Dismiss is scheduled for hearing on **July 11**, and the Court has already continued the hearing on Plaintiff's Motion until **August 8**. Dkts. 33, 50. Extending Google's deadline to oppose the Motion until **July 17**, after the Motion to Dismiss is heard, will prevent undue burden and expense and promote judicial economy. *See* L.R. 6-3(1).

4. It would be harmful and prejudicial to force Google to expend unnecessary time and resources responding to Plaintiff's frivolous "summary judgment" Motion that will be mooted if Google's pending Motion to Dismiss is granted. Additionally, there will be no harm or prejudice to Plaintiff from Google's requested extension. If Plaintiff's copyright claim survives Google's Motion to Dismiss, then Plaintiff's Motion be fully briefed before the **August 8** hearing date and can remain on calendar. *See* L.R. 6-3(3).

5. This is Google's first request for an extension of a briefing deadline in this case. On April 3, 2023, the Clerk issued a *sua sponte* notice continuing the hearing on Plaintiff's Motion until August 8, 2023. Dkt. 50. Recognizing that Google's Motion to Dismiss may dispose of the entire case, this Court also issued an Order on April 3, 2023 staying discovery pending the

1 | resolution of Google's Motion to Dismiss and adjourning the deadlines to file case management
2 | statements and conduct the initial Case Management Conference until July 20, 2023 and July 27,
3 | 2023, respectively (*i.e.*, after the Motion to Dismiss hearing). Dkt. 47. See L.R. 6-3(5).

4 |     6. If Google's requested extension is granted, Google's opposition to Plaintiff's
5 | Motion will be due **July 17, 2023** and Plaintiff's reply will be due **July 24, 2023**. L.R. 7-3(c).
6 | The modification will not affect the **August 8** hearing date on Plaintiff's Motion, or any other
7 | scheduled deadlines in this case. See L.R. 6-3(6).

9 |     I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th
10 | day of April, 2023 in New York, New York.

By: */s/ Jeremy P. Auster*
    Jeremy P. Auster

DECLARATION OF J. AUSTER ISO     -2-     CASE NO.: 3:23-CV-00322-TLT
GOOGLE'S MOTION TO EXTEND TIME