RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice*)
JEREMY P. AUSTER (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jmollick@wsgr.com
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO.: 3:23-cv-00322-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO EXTEND TIME PURSUANT TO L.R. 6-3**<br><br>Judge: Hon. Trina L. Thompson<br><br>Action Filed: January 20, 2023 |

Upon consideration of Defendant Google LLC's Motion to Extend Time Pursuant to Civil Local Rule 6-3, and upon good cause showing, it is hereby ORDERED as follows:

(1) Google's deadline to file an opposition to Plaintiff's Partial Motion for Summary Judgement (Dkt. 49) is extended from April 17, 2023 to **July 17, 2023**.

(2) Plaintiff's deadline to file a reply in support of his Partial Motion for Summary Judgment (Dkt. 49) is extended from April 24, 2023 to **July 24, 2023**.

**IT IS SO ORDERED**.

Dated: _____

By: _____
THE HONORABLE TRINA L. THOMPSON
United States District Judge