UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 23-cv-00322-TLT<br><br>**ORDER GRANTING MOTION TO ADJUST BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Re: ECF No. 51 |

Pending before the court is Defendant Google LLC's motion to extend time under Civil Local Rule 6-3. ECF No. 51. Defendant seeks to adjust the briefing schedule for Plaintiff's **motion for summary judgment**, scheduled for hearing on August 8, 2023. *See* ECF Nos. 49, 50. Plaintiff did not file an opposition to Defendant's motion. *See* Civ. L.R. 6-3(b).

As Defendant's **motion to dismiss** is scheduled for hearing on July 11, 2023, the Court finds that Defendant has provided good cause for adjusting the briefing schedule for Plaintiff's motion for summary judgment. Plaintiff's motion for summary judgment may not serve as an unauthorized sur-reply to Defendant's motion to dismiss. Consequently, the filing is stricken for purposes of the motion to dismiss and reserved for hearing on August 8, 2023.

Accordingly, Defendant's motion to extend time is **GRANTED**. The briefing schedule is adjusted as follows:

Defendant's opposition is due no later than **July 18, 2023**.

Plaintiff's reply is due no later than **July 24, 2023**.

The parties next appear before the Court on June 13, 2023, for a hearing on Plaintiff's motion for protective order. ECF No. 28.

This Order terminates ECF No. 51.

//

//

**IT IS SO ORDERED.**

Dated: April 12, 2023

TRINA L. THOMPSON
United States District Judge