Activity in Case 3:23-cv-00322-LJC Stebbins v. Google LLC Motion for Protective Order

From: ecf-cand@cand.uscourts.gov

To: efiling@cand.uscourts.gov

Date: Friday, February 10, 2023 at 12:28 PM CST

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

### Notice of Electronic Filing

The following transaction was entered on 2/10/2023 at 10:28 AM PST and filed on 2/10/2023

**Case Name:** Stebbins v. Google LLC
**Case Number:** 3:23-cv-00322-LJC
**Filer:** David A. Stebbins
**Document Number:** 11

**Docket Text:**
**Ex Parte MOTION for Protective Order filed by David A. Stebbins. Motion Hearing set for 3/17/2023 10:00 AM in Oakland, - Videoconference Only before Magistrate Judge Lisa J. Cisneros. Responses due by 2/24/2023. Replies due by 3/3/2023. (Attachments: # (1) Proposed Order)(Stebbins, David) (Filed on 2/10/2023)**

**3:23-cv-00322-LJC Notice has been electronically mailed to:**

David A. Stebbins     acerthorn@yahoo.com

**3:23-cv-00322-LJC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\1st Motion forProtective Order 0.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/10/2023] [FileNumber=19955508-0]
[66040bd16b017e44d4ccd002d09e9926700f3d0ad7140e18bbd8b2dab5125ea73916
a196f0b01f69c3687a4f183619a383efa69069f0d6ada91227c226c15f3a]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\1st Motion forProtective Order 1 - Proposed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/10/2023] [FileNumber=19955508-1]
[99ba48b144d0b47e7b0679edc45f54feed800a1d55700337fb701e3f8a6b021fd044
9cfafae0e94b90198b84303195527aef46230a7dbdb3dfc2b391c530d812]]