## RE: Why June 13?

From: TLT CRD (tltcrd@cand.uscourts.gov)

To: jmollick@wsgr.com; acerthorn@yahoo.com

Date: Tuesday, March 7, 2023 at 11:42 AM CST

Thank you,

The protective order will be ruled on the papers only. The hearing date is more of a placeholder, but Chambers will review it and issue an order without the need for argument.



Robert McNamee
Courtroom Deputy to the Hon. Trina Thompson
United States District Court
Northern District of California
https://cand.uscourts.gov
Office: (415) 522-2039

**From:** Mollick, Jason <jmollick@wsgr.com>
**Sent:** Tuesday, March 7, 2023 9:21 AM
**To:** TLT CRD <TLTCRD@cand.uscourts.gov>; Acerthorn <acerthorn@yahoo.com>
**Subject:** RE: Why June 13?

**CAUTION - EXTERNAL:**

Dear Chambers,

Plaintiff (who is pro se) appears to suggest that something is amiss with Google's motion to dismiss (Dkt. 31) being noticed for the same day as his motion for protective order (Dkt. 11). Google noticed its motion for the same day for the Court's convenience, so that the Court can hear all issues pertaining to this matter at the same time.

That said, Google submits that these motions do not require a hearing and can be ruled upon on the papers.

Jason Mollick

*Counsel for Defendant Google LLC*



**Jason Mollick | Senior Counsel | Wilson Sonsini Goodrich & Rosati**
1301 Avenue of the Americas, 40th Floor | New York, NY 10019 | 212.497.7772 | jmollick@wsgr.com

---

**From:** TLT CRD <TLTCRD@cand.uscourts.gov>
**Sent:** Tuesday, March 7, 2023 12:17 PM
**To:** Acerthorn <acerthorn@yahoo.com>; Mollick, Jason <jmollick@wsgr.com>
**Subject:** RE: Why June 13?

EXT - tltcrd@cand.uscourts.gov

---

Good morning,

Please refer to Judge Thompson's Standing Orders, which can be found at the following address: https://www.cand.uscourts.gov/trina-l-thompson/.

I have attached Judge Thompson's Civil Standing Order and on Page 2 under Scheduling #9 it reads:

> Counsel need not reserve motion hearing dates but should check Judge Thompson's scheduling notes on the Court's website to determine the next available law and motion calendar date. Motions may be reset as the Court's calendar requires. The order of call on each calendar will be determined by the Court. Scheduling questions should be addressed to Judge Thompson's Courtroom Deputy.

Also, motions must be filed following the Civil Local Rules, which can be found at the following address: https://www.cand.uscourts.gov/rules/civil-local-rules/.

Section 7-2(a) governs when the time that a motion hearing can be set, which is no sooner than 35 days from when the motion is filed. And also in accordance with the Court's calendar and availability.

Thank you,



Robert McNamee

Courtroom Deputy to the Hon. Trina Thompson

United States District Court

Northern District of California

https://cand.uscourts.gov

Office: (415) 522-2039


**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, March 7, 2023 8:09 AM
**To:** TLT CRD <TLTCRD@cand.uscourts.gov>; Jason Mollick <jmollick@wsgr.com>
**Subject:** Why June 13?


 **CAUTION - EXTERNAL:**


Dear Judge Thompson's Chambers,


I am the pro se Plaintiff in Case 3:23-cv-00322-TLT (Stebbins v. Google LLC).


I noticed that my Motion for Protective Order (Dkt. 11) was rescheduled for June 13. That alone was rather bizzare. But then, when the Defendant filed its motion to dismiss, I noticed it was automatically scheduled to be heard on June 13 as well. So clearly, the defendant knows something I don't.


Where on the Court's website does it say anything about all motions getting pushed back to this summer? And for that matter, why is that? It seems extremely prejudicial to the administration of justice that all cases are getting pushed back by several months? It seems like a lot of people's rights can be irreversibly prejudiced by such a delay.


Sincerely,

David Stebbins


 **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when

opening attachments or clicking on links.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.