Case 3:23-cv-00322-TLT    Document 53-4    Filed 06/06/23    Page 1 of 1

# Re: Stebbins v. Google (Case No 3:23-cv-00322-TLT) - Request to Appear Virtually for June 13 Hearing

From:  Acerthorn (acerthorn@yahoo.com)

To:  tltcrd@cand.uscourts.gov; jauster@wsgr.com

Cc:  jmollick@wsgr.com; rbenyamin@wsgr.com

Date:  Tuesday, June 6, 2023 at 11:30 AM CDT

I have no objections to Mr. Auster's request, and also request permission to appear virtually as well, for the exact same reasons: I am in a different time zone than either the Court or defense counsel.

Sincerely,
David Stebbins

> On Tuesday, June 6, 2023 at 11:26:56 AM CDT, Auster, Jeremy <jauster@wsgr.com> wrote:
>
> Hi Mr. McNamee,
>
> I am counsel for Google in the above-captioned proceeding. Because I am based in New York, I am emailing to request permission to appear virtually for the scheduled June 13 hearing on plaintiff's ex parte motion for a protective order (Dkt. 28). Thank you very much for your understanding.
>
> Best,
>
> Jeremy Auster
>
> 
>
> **Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**
> 1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsgr.com
>
> This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.