### RE: Stebbins v. Google (Case No 3:23-cv-00322-TLT) - Request to Appear Virtually for June 13 Hearing

From:  TLT CRD (tltcrd@cand.uscourts.gov)

To:    jauster@wsgr.com

Cc:    jmollick@wsgr.com; rbenyamin@wsgr.com; acerthorn@yahoo.com

Date:  Tuesday, June 6, 2023 at 11:31 AM CDT

Hello, Mr. Auster

Our Tuesday Law and Motion calendar is in person only. Remote appearances are not allowed for parties arguing the motion before the Court. If you are unable to appear, the Court does invite junior counsel to be given the opportunity to present argument.

Thank you,



Robert McNamee
Courtroom Deputy to the Hon. Trina Thompson
United States District Court
Northern District of California
https://cand.uscourts.gov
Office: (415) 522-2039

**From:** Auster, Jeremy <jauster@wsgr.com>
**Sent:** Tuesday, June 6, 2023 9:27 AM
**To:** TLT CRD <TLTCRD@cand.uscourts.gov>
**Cc:** Mollick, Jason <jmollick@wsgr.com>; Benyamin, Ryan <rbenyamin@wsgr.com>; Acerthorn <acerthorn@yahoo.com>
**Subject:** Stebbins v. Google (Case No 3:23-cv-00322-TLT) - Request to Appear Virtually for June 13 Hearing

 **CAUTION - EXTERNAL:**

Hi Mr. McNamee,

I am counsel for Google in the above-captioned proceeding. Because I am based in New York, I am emailing to request permission to appear virtually for the scheduled June 13 hearing on plaintiff's ex parte motion for a protective order (Dkt. 28). Thank you very much for your understanding.

Best,

Jeremy Auster



**Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**

1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.