David Stebbins (pro se Plaintiff)       123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                           PLAINTIFF

VS.                                            Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                               DEFENDANTS

### NOTICE REGARDING HEARING SET FOR JULY 11, 2023 OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO APPEAR REMOTELY

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice that I believe the Motion to Dismiss (Dkt. 31) and Motion to Strike (Dkt. 32) can be properly disposed of on the written papers.

1. On June 6, 2023, the Court entered an order stating, among other things, the following:

    "The parties next appear before the Court on July 11, 2023, for an in-person hearing on Defendant's motion to dismiss and Plaintiff's motion to strike, unless formally excused by the court. If the parties wish to submit the matter based upon their filings, each party is encouraged to notify the Court in writing."

2. As I stated in my recent "Emergency Motion for Leave to Appear Remotely," I cannot make the trip to California for this. So it must be disposed of on the pleadings.

3. The order also includes the language "unless excused by the Court." I assume this means that the Court retains discretion to permit remote appearance on a case-by-case basis.

4. Therefore, if the Defendant insists on having a hearing, then I humbly ask for leave to appear remotely, so as to prevent the Defendant from inflicting the prejudice I mentioned at Dkt. 53, ¶¶ 11-12.

5. For the record, my Motion to Recuse is still pending.

6. So notified, pursuant to the Court's order, on this, the 6th day of June, 2023.

                                                                                      */s/ David Stebbins*
                                                                                      David Stebbins (pro se)