RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JASON MOLLICK (*pro hac vice*)
JEREMY P. AUSTER (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jmollick@wsgr.com
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO.: 3:23-cv-00322-TLT <br><br> **DEFENDANT GOOGLE LLC'S NOTICE RE UPCOMING HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE, AND IN RESPONSE TO COURT ORDER [ECF 54]** <br><br> Action Filed: January 20, 2023 |

The hearing on Defendant Google LLC's motion to dismiss and to declare plaintiff a vexatious litigant [ECF 31] and Plaintiff's motion to strike [ECF 32] is currently scheduled to take place, in-person, on July 11, 2023 at 2pm.  Pursuant to the Court's June 5 Order [ECF 54 at 3], Google consents to these two motions being decided on the papers and without a hearing.  Plaintiff has also stated his desire to proceed on the papers, without a hearing.  ECF 55.

Dated: June 7, 2023

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   s/ *Jason Mollick*

Jason Mollick (*pro hac vice*)
Jeremy P. Auster (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jmollick@wsgr.com
jauster@wsgr.com

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

*Counsel for Defendant Google LLC*