David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                           PLAINTIFF

VS.                              Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                                DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters, pursuant to Local Rule NDCA Local Rule 7-13.

1. A motion to dismiss was filed on March 6, 2023. See Dkt. 31. A motion to strike that motion (which needs to be ruled on before the motion to dismiss, lest the Court risk considering facts outside of its reach) was filed on March 7, 2023. See Dkt. 32.
2. It is now July 13, 2023, 128 days after the latter of these two motions were filed.
3. The Court has canceled the in-person hearing at the mutual consent of both parties. See Dkt. 58. However, even the originally-booked date of July 11 has come and gone without a ruling on these two motions.
4. Please bring the case current. Thank you.

So notified on this, the 13th day of July, 2023.

*/s/ David Stebbins*
David Stebbins (pro se)