UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                          PLAINTIFF

VS.                                      Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                                                DEFENDANTS

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW before the Court the Plaintiff's Motion for Leave to File Amended Complaint. Upon consideration of the facts, the Court hereby GRANTS this motion.

1. The Clerk is directed to file the Plaintiff's Proposed First Amended Complaint as the new Complaint in this action.
2. The Court finds that all three counts of infringement sufficiently state a claim upon which relief can be granted. This includes the first count of infringement, which, despite the Defendant's Motion to Dismiss the original Complaint, is not "obviously" fair use. As such, dismissal at this stage would be inappropriate.
3. The two corporate defendants are hereby ordered to file an Answer to Complaint within 21 days of the date of this order.

IT IS SO ORDERED.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)