## RE: Tell me, because I'm curious ...

From: Mollick, Jason (jmollick@wsgr.com)

To: acerthorn@yahoo.com

Date: Tuesday, January 31, 2023 at 03:55 PM CST

Confirmed that contents of the channel are being preserved pending the litigation (including the allegedly infringing image).

On a related note, you mentioned in an email to me last Thursday that you believe there is another channel being posted by the same user that is still up.  Is this the channel you're referring to: https://www.youtube.com/@acerthornthetrueacerthorn3318??  And is the circular channel icon currently on that page the same as the one that you alleged in the complaint is an infringement?

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, January 31, 2023 2:02 PM
**To:** Mollick, Jason <jmollick@wsgr.com>
**Subject:** Tell me, because I'm curious ...

EXT - acerthorn@yahoo.com

Mr. Mollick,

Does either your client, or you, have an archived copy of ATTA's channel, with his infringing icon intact, even after he deleted it?

Just curious.

Sincerely,

David Stebbins

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.