# EXHIBIT B



### Acerthorn: NOT ON THE FUCKING STREAM (Acerthorn's POV)

10,721 views • Apr 10, 2022

160   DISLIKE   SHARE   SAVE   ...

**Acerthorn The True Acerthorn**
182 subscribers

DOWNLOAD AS: ▼   SUBSCRIBED

Fake Acerthorn malding autistically on SofiannP's Stream from Acertard's POV.



Acerthorn: NOT ON THE FUCKING STREAM (SofiannP's POV)

4,028 views • Apr 10, 2022





### Acerthorn Theme Song

2,615 views • Apr 17, 2022

**Acerthorn The True Acerthorn**
182 subscribers

The full version of Acerthorn's infamous theme song.

