1  JASON MOLLICK (*pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
2  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
3  New York, New York 10019
   Telephone: (212) 999-5800
4  Facsimile: (866) 974-7329
5  jmollick@wsgr.com

6  *Counsel for Defendant Google LLC*

7                          UNITED STATES DISTRICT COURT
8                         NORTHERN DISTRICT OF CALIFORNIA

9  DAVID STEBBINS,                    )   CASE NO.: 3:23-cv-00322-TLT
                                      )
10         Plaintiff,                 )   **NOTICE OF WITHDRAWAL OF**
                                      )   **COUNSEL FOR DEFENDANT**
11                                    )
       v.                             )   Action Filed:  January 20, 2023
12                                    )
   GOOGLE LLC,                        )
13                                    )
                                      )
14         Defendant.                 )
                                      )

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel, Jason Mollick of Wilson Sonsini Goodrich & Rosati, P.C., hereby requests that the Court remove him as counsel of record in this matter for Defendant Google LLC and from the service list, as Mr. Mollick will shortly be departing the firm.

Defendant will continue to be represented by Ryan Benyamin and Jeremy Auster of Wilson Sonsini Goodrich & Rosati, who have appeared in this matter. Accordingly, the withdrawal of Mr. Mollick will cause no delay of the case or prejudice any party

Dated: August 30, 2023                     Respectfully submitted,

                                                    WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation

                                                  By:     s/ *Jason Mollick*

Jason Mollick (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jmollick@wsgr.com

*Counsel for Defendant Google LLC*