# EXHIBIT A

**Benyamin, Ryan**

| | |
|---|---|
| **From:** | Acerthorn <acerthorn@yahoo.com> |
| **Sent:** | Tuesday, September 5, 2023 9:35 PM |
| **To:** | Benyamin, Ryan |
| **Subject:** | Re: Stebbins v. Google LLC, Case No. 3:23-cv-00322-TLT (N.D. Cal.) |

EXT - acerthorn@yahoo.com

In case you haven't noticed, I filed a motion seeking to have that vacated.

On Tuesday, September 5, 2023 at 11:34:05 PM CDT, Benyamin, Ryan <rbenyamin@wsgr.com> wrote:

Mr. Stebbins,

You did not respond to our request last week to (a) identify all recordings of conversations between yourself and counsel for Google, YouTube, or Alphabet, including any other conversations you have had with Wilson Sonsini attorneys; and (b) affirm in writing that you have complied with the court's order by deleting all copies of those recordings.

We ask one more time for a response by the end of the day on Wednesday.

**Ryan S. Benyamin**
direct: 424.446.6913 | rbenyamin@wsgr.com

---

**From:** Benyamin, Ryan
**Sent:** Thursday, August 31, 2023 8:04 PM
**To:** Acerthorn <acerthorn@yahoo.com>
**Cc:** Auster, Jeremy <jauster@wsgr.com>
**Subject:** Stebbins v. Google LLC, Case No. 3:23-cv-00322-TLT (N.D. Cal.)

Mr. Stebbins,

Judge Thompson has issued an Order dismissing the above-captioned action and declaring you a vexatious litigant. *See* ECF No. 71. That Order also sanctions you for secretly recording a phone call between yourself and Jeremy Auster, and compels you to "immediately remove the recording from YouTube, delete copies of this **or any** recording Plaintiff has retained between Plaintiff and Defendant, and cease any future recording."

1

In light of that, we ask that you (a) identify all recordings of conversations between yourself and counsel for Google, YouTube, or Alphabet, including any other conversations you have had with Wilson Sonsini attorneys; and (b) affirm in writing that you have complied with the order by deleting all copies of those recordings.

The order requires you to delete all such recordings **immediately**.  We therefore request confirmation that you have complied **within 24 hours**.

Best,

Ryan



**Ryan S. Benyamin | Associate | Wilson Sonsini Goodrich & Rosati**

1900 Avenue of the Stars, Suite 2800 | Los Angeles, CA 90067 | direct: 424.446.6913 | rbenyamin@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.