## RE: Case management conference?

From:　Auster, Jeremy (jauster@wsgr.com)

To:　　acerthorn@yahoo.com

Cc:　　jmollick@wsgr.com; rbenyamin@wsgr.com

Date:　Monday, March 27, 2023 at 11:13 AM CDT

Dear Mr. Stebbins,

I am generally available to conduct the Rule 26(f) conference on Thursday, March 30, other than from 2:30-3pm ET. Please let me know what times work for you. Thank you.

Best,
Jeremy Auster



**Jeremy Auster | Associate | Wilson Sonsini Goodrich & Rosati**
1301 6th Ave #40 | New York, NY 10019 | direct: 212.453.2862 | jauster@wsgr.com

> **From:** Acerthorn <acerthorn@yahoo.com>
> **Date:** March 27, 2023 at 6:03:03 AM EDT
> **To:** "Mollick, Jason" <jmollick@wsgr.com>, "Benyamin, Ryan" <rbenyamin@wsgr.com>
> **Subject: Case management conference?**

EXT - acerthorn@yahoo.com

Dear Mr. Mollick & Mr. Benjamin,

As you are no doubt aware, the Court has yet to rule on your motion for stay. The Court has had a whole week since the motion became ripe for a ruling, but she has not acted yet. As such, the case management conference is presumed to still be in effect until the Court explicitly declares otherwise.