Case 3:23-cv-00322-TLT   Document 76-3   Filed 09/14/23   Page 1 of 1

## Re: Case management conference?

| | |
|---|---|
| From: | Auster, Jeremy (jauster@wsgr.com) |
| To: | acerthorn@yahoo.com |
| Cc: | jmollick@wsgr.com; rbenyamin@wsgr.com |
| Date: | Monday, March 27, 2023 at 12:11 PM CDT |

No problem, 11am works too. I'll send an updated invitation.

Sent from my iPhone

> On Mar 27, 2023, at 1:09 PM, Acerthorn <acerthorn@yahoo.com> wrote:
>
> EXT - acerthorn@yahoo.com
>
> Oh, I'm sorry. I misread that.
>
> Actually, if you can do it any time that day *except* 2:30-3pm, then can we do it sometime in the morning? Like ... how does 11am ET sound to you?
>
> Sincerely,
> David Stebbins
>
> On Monday, March 27, 2023 at 12:03:08 PM CDT, Auster, Jeremy <jauster@wsgr.com> wrote:
>
> Mr. Stebbins, as I mentioned in my two prior emails, 2:30-3pm ET is the one time slot on Thursday that I am *not* available. I will send a calendar invitation for 4pm ET on Thursday.
>
> Best,
>
> Jeremy