David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                   PLAINTIFF

VS.                              Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                       DEFENDANTS

### AFFIDAVIT

    I, David Stebbins, do hereby swear, under penalty of perjury that I have deleted all recordings of the March 30, 2023 26(f) conference between myself and Jeremy Auster in the above-styled action.

    To the best of my knowledge, I have no recorded any other telephone calls with Defense Counsel pursuant to this action, so there is nothing to delete.

    Unless the Court's order is rescinded or overturned on appeal, I will not record any future calls with defense counsel without their consent.

/s/ David Stebbins<br>
David Stebbins<br>
123 W. Ridge Ave.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
acerthorn@yahoo.com