David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                PLAINTIFF

VS.                             Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                    DEFENDANTS

## MOTION FOR LEAVE TO ATTEND HEARING REMOTELY OR IN THE ALTERNATIVE TO VACATE HEARING

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Leave to Attend the 11/14/2023 Hearing remotely by Zoom or, in the alternative, for the Court to vacate the hearing and decide the matters on the papers.

1. I have repeatedly stated in the past that I cannot attend any hearing at this courthouse in person. The Court is already well aware of this.

2. At the Case Management Conference on July 27, 2023, I asked the Court that it be the default position going forward that all matters in this case would either have a webcam hearing, or no hearing at all. The Court *agreed to make this accommodation* for everything except trial!

3. I cannot stress this enough: The Court **_already agreed to do this_**! And now, it has booked an in-person hearing in direct contradiction to the agreement we already reached!

4. I humbly ask the Court to keep its word and either allow me leave to attend the hearing remotely via zoom, or to cancel the hearing altogether and decide both the motion to vacate judgment and the order to show cause entirely on the papers.

So requested on this, the 14th day of September, 2023.

*/s/ David Stebbins*
David Stebbins (pro se)