RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JEREMY P. AUSTER (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jauster@wsgr.com

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO.: 3:23-cv-00322-TLT <br><br> **DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE JUDGMENT [DKT. 73]** <br><br> Action Filed: January 20, 2023 |

Defendant Google LLC opposes Plaintiff's September 1, 2023 Motion to Vacate the Court's August 31, 2023 Order dismissing this case and declaring him a vexatious litigant in the Northern District of California. *See* Dkt. 73 (Motion); Dkt. 71 (Order).

Though titled a "Motion to Vacate," this is substantively a Motion for Reconsideration for which Plaintiff did not seek or obtain leave to file in accordance with Civil Local Rule 7-9(a). Nor would leave be warranted, since Plaintiff simply reiterates the same arguments that he made or could have made in prior briefing, which is prohibited by Local Rule 7-9(c) ("Any party who violates this restriction shall be subject to appropriate sanctions."). Plaintiff's Motion also mischaracterizes aspects of the Court's Order, launches ad hominem attacks, and needlessly multiplies proceedings. It should be denied.

Dated: September 15, 2023                Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ *Ryan S. Benyamin*

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

Jeremy P. Auster (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jauster@wsgr.com

*Counsel for Defendant Google LLC*