# Exhibit A

**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

o: 650.493.9300
f: 650.493.6811

TAX ID: 94-2451946

| | | |
|---|---|---|
| **Total** | : | **$ 1,530.90** |
| Date | : | 09/14/23 |
| Client-Matter | : | 21622-1571 |
| Attorney | : | David H. Kramer |

Google LLC
Re: David Stebbins v.

| DATE | PROFESSIONAL SERVICES | HOURS |
|---|---|---|
| **L250 - OTHER MOTIONS** | | |
| 08/31/23 | **(L250)** Ryan S. Benyamin – Review order granting motion to dismiss; internally discuss next steps; send email to plaintiff re deletion of recordings | 0.6 |
| 09/05/23 | **(L250)** Ryan S. Benyamin – Send email to plaintiff re recordings of phone calls and confer with J. Mollick re next steps | 0.2 |
| 09/06/23 | **(L250)** Ryan S. Benyamin – Draft letter to Judge Thompson re recordings of phone calls; send letter to client for review | 0.5 |
| 09/06/23 | **(L250)** Ryan S. Benyamin – Review local rules and Judge Thompson's standing order to determine whether letter can be filed; provide summary to J. Mollick | 0.3 |
| 09/07/23 | **(L250)** Ryan S. Benyamin – Exchange correspondence with J. Mollick and client re letter to Judge Thompson; proofread and finalize letter; coordinate filing of letter with paralegal | 0.4 |
| | **TOTAL HOURS** | 2.0 |

| FEE SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Ryan S. Benyamin | 2.0 | 945.00 | $ 1,890.00 |
| | **SUBTOTAL CURRENT FEES** | | $ 1,890.00 |
| | **COURTESY DISCOUNT** | | $ (359.10) |
| | **CURRENT FEES** | | $ 1,530.90 |

| | |
|---|---|
| **TOTAL INVOICE DUE** | **$ 1,530.90** |