David Stebbins (pro se Plaintiff)      123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                          PLAINTIFF

VS.                                  Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                              DEFENDANTS

## MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Motion for Reconsideration in the above-styled action.

1. Judgment has not been entered in this case just yet. The Court has issued a dispositive opinion, but not an actual judgment. Therefore, this motion is properly before the Court.

2. Grounds for reconsideration include, but are not limited to, "[a] manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order." See L.R. 7-9(b)(3).

3. As I pointed out in the Motion to Vacate Judgment (Dkt. 73, the contents of which are hereby incorporated by reference), there were numerous facts and dispositive legal arguments I presented to the Court that the Court manifestly failed to consider in its opinion, including but not limited to ...

(a)     ¶¶ 32-36, where the Court manifestly failed to consider the arguments I put forth in the Complaint that the background is manifestly devoid of transformative value, such as criticism or commentary.

(b)     ¶¶ 37-42, where the Court manifestly failed to consider my argument that unclean hands serves as a counter-defense to fair use.

(c)     ¶¶ 59-63, where the Court manifestly failed to consider my argument that the portion copied, not the work as a whole, should dictate how the 2nd factor is decided.

(d)     ¶¶ 64-66, where the Court manifestly failed to consider my argument (supported by binding precedent) that the Defendant's uncorroborated declarations that the icon does not

    create a market substitute are manifestly insufficient on their own.

4.    I therefore ask the Court to grant me leave to file a motion for reconsideration.

    So requested on this, the 17th day of September, 2023.

*/s/ David Stebbins*
David Stebbins (pro se)
