# Fwd: Activity in Case 3:23-cv-00322-TLT Stebbins v. Google LLC Response to Order to Show Cause

From:   Auster, Jeremy (jauster@wsgr.com)

To:     acerthorn@yahoo.com

Cc:     rbenyamin@wsgr.com

Date:   Thursday, September 14, 2023 at 11:53 AM CDT

Mr. Stebbins,

Exhibit A to the below filing discloses in full my personal cell phone number, which I had used to call you for our 26(f) conference because I was having technical issues with my work line that day. I noticed that you redacted all numbers other than the area code for your own phone number, but you did not do the same for my number. That is highly inappropriate. I request that you immediately take all appropriate steps to have Exhibit A immediately stricken from the record. We will raise this issue directly with the Court if necessary.

Best,
Jeremy

Sent from my iPhone

Begin forwarded message:

> **From:** ECF-CAND@cand.uscourts.gov
> **Date:** September 14, 2023 at 9:23:16 AM PDT
> **To:** efiling@cand.uscourts.gov
> **Subject: Activity in Case 3:23-cv-00322-TLT Stebbins v. Google LLC Response to Order to Show Cause**
>
> EXT - ecf-cand@cand.uscourts.gov
>
> ---
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **U.S. District Court**
>
> **California Northern District**
>
> **Notice of Electronic Filing**

The following transaction was entered on 9/14/2023 at 9:21 AM and filed on 9/14/2023

| | |
|---|---|
| **Case Name:** | Stebbins v. Google LLC |
| **Case Number:** | [3:23-cv-00322-TLT](#) |
| **Filer:** | David A. Stebbins |

**WARNING: CASE CLOSED on 08/31/2023**

**Document Number:** [76](#)

**Docket Text:**
**RESPONSE TO ORDER TO SHOW CAUSE by David A. Stebbins . (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Affidavit Affidavit)(Stebbins, David) (Filed on 9/14/2023)**

**3:23-cv-00322-TLT Notice has been electronically mailed to:**

David A. Stebbins     acerthorn@yahoo.com

Jeremy Paul Auster     jauster@wsgr.com

Ryan S. Benyamin     rbenyamin@wsgr.com, ageritano@wsgr.com

**3:23-cv-00322-TLT Please see [Local Rule 5-5](#); Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Response to [071] Order to Show Cause.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/14/2023] [FileNumber=20559648-0]
[4811c3a21f6aa68c73dc22811652a6da4963db4f164d18272ed35862d5709ab07bb2
04957ca196f795183279c712c7f9fec0b7b42d390bdf7bd64fe3fc17b4fb]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/14/2023] [FileNumber=20559648-1]
[4f90167e2f11437adaaea909e6083f4a3509482fd04092cf8277e8d787b807dab3ba
828788131ac7613534aaa4c5a83254a032968e5f80bdb03f509936b6caf8]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/14/2023] [FileNumber=20559648-2]
[7df711877a6cd67dfc2fd5fc7bcedb4f8f30fa834ba5e474bfef63aadbe49b185007
48ab50b940d7eadafbaa1f21c98613095f9a377da5f9b7687597da5fd59e]]
**Document description:** Exhibit C
**Original filename:** C:\fakepath\Exhibit C.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/14/2023] [FileNumber=20559648-3]
[1cbdf62805b9051fdd812d22d1b18c348d112567b3524fcb8373ff50e9eb95c95d76
d589a6ac360e92a062cdd91529eda997e394973dde1e930d09379bef78e1]]
**Document description:** Affidavit Affidavit
**Original filename:** C:\fakepath\Affidavit.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/14/2023] [FileNumber=20559648-4]
[5a5c84bd48d11471ec2e9c20f697fda69c3e603cd72a742438a388664c58293936b6
eb2bb253d025f64bb65437c74d2e75f186be4e36421b228d7e05e7bf8264]]

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.