RYAN S. BENYAMIN, State Bar No. 322594
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

JEREMY P. AUSTER (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jauster@wsgr.com

Counsel for Defendant Google LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant. | CASE NO.: 3:23-cv-00322-TLT<br><br>**DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO ATTEND HEARING REMOTELY [DKT. 77]**<br><br>Action Filed:  January 20, 2023 |

The hearing on Plaintiff's Motion to Set Aside Judgment (Dkt. 73) and this Court's Order to Show Cause (Dkt. 75) is currently scheduled to take place, in-person, on November 14, 2023 at 2:00 PM PT.  Dkt. 75.  Plaintiff has filed a motion seeking leave to appear remotely or, in the alternative, requesting that the Court vacate the hearing and decide the matters on the papers.  Dkt. 77.  Google has no objection to Plaintiff's Motion and the Court's Order to Show Cause being decided on the papers.

Dated: September 28, 2023                    Respectfully submitted,

                                                 WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation

                                               By:    s/ *Jeremy P. Auster*

Jeremy P. Auster (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
jauster@wsgr.com

Ryan S. Benyamin
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone: (424) 446-6913
Facsimile: (866) 974-7329
rbenyamin@wsgr.com

*Counsel for Defendant Google LLC*