UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 23-cv-00322-TLT<br><br>**ORDER DENYING MOTION TO APPEAR REMOTELY; TAKING MOTIONS UNDER SUBMISSION**<br><br>Re: ECF No. 77 |

  Pending before the Court is Plaintiff David Stebbins' motion for leave to appear remotely for a hearing scheduled for November 14, 2023, on Plaintiff's motion to set aside judgment, the Court's order to show cause, and Plaintiff's motion for leave to file a motion for reconsideration. *See* ECF No. 77.

  As discussed previously, the Court does not hold remote motion hearings. *See* ECF No. 58. Plaintiff mistakenly asserts that the Court agreed to hold remote motion hearings in this instant case. *See* ECF No. 77. Plaintiff has also failed to provide good cause for the Court to set aside its Standing Order and in the alternative, Plaintiff requested that the Court consider both the motion to vacate and the order to show cause entirely on the papers. *See id*. Defendant Google LLC has also stated it has no objection for the motions to be decided on the papers. *See* ECF No. 83.

  Accordingly, the Court **DENIES** Plaintiff's motion to appear remotely for the hearing on November 14, 2023. The Court also finds that Plaintiff's motion to set aside judgment (ECF No. 73), the Court's order to show cause (ECF No. 75), and Plaintiff's motion for leave to file a motion for reconsideration (ECF No. 80) can be resolved on the papers. The Court will take these motions **UNDER SUBMISSION** and **VACATES** the hearing on November 14, 2023.

1    **IT IS SO ORDERED.**

2    Dated: October 2, 2023

_____
Trina L. Thompson
United States District Judge