David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                                          Case 3:23-cv-00322-TLT

GOOGLE, LLC                                                                     DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

  Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters.

  On September 1, 2023, I filed a Motion to Vacate Judgment (see Dkt. 73) in the above-styled action. It is now well over 4 months old, and it hasn't been ruled on yet.

  So notified on this, the 3rd day of January, 2024

*/s/ David Stebbins*
David Stebbins (pro se)
