UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff.<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 23-cv-00322-TLT<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 89 |

Pro se Plaintiff David Stebbins filed a Notice of Appeal, ECF 88, after the Northern District of California issued a final judgment, ECF 71, and denied Plaintiff's Motion to Set Aside the Final Judgment, ECF 87.

Plaintiff subsequently filed an application with this Court to proceed *in forma pauperis*. ECF 89. The Court **DENIES** Plaintiff's application to proceed *in forma pauperis*. The Northern District of California does not have federal appellate jurisdiction. *See* 28 U.S.C. § 1291.

In any future application with the Northern District of California, Plaintiff must follow the procedure explained in the Court's previous Order, ECF 71, or risk being subject to sanctions:

> [I]n any future action in this District in which Mr. Stebbins seeks to proceed *in forma pauperis*, a copy of this Order shall be attached to the application seeking to proceed *in forma pauperis* along with a statement seeking screening of the complaint and a statement explaining why the action should be allowed to proceed. (Or. Granting Mot. to Dismiss and Decl. Vexatious Litig., ECF 71, at 18).

**IT IS SO ORDERED.**

Dated: April 1, 2024

TRINA L. THOMPSON
United States District Judge