UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS,  Plaintiff - Appellant,  v.  GOOGLE LLC,  Defendant - Appellee. | No. 24-1936  D.C. No. 3:23-cv-00322-TLT  Northern District of California, San Francisco  MANDATE |

The judgment of this Court, entered June 04, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellants in the amount of $193.90.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT